United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HORNSBY, | No. C 11-283 SI |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| C & G FINANCIAL SERVICES, *et al.*, | |
| Defendants. | |

In an order filed May 6, 2011, the Court granted plaintiff's request for a continuance of the initial case management conference, and advised plaintiff that pursuant to Federal Rule of Civil Procedure 4(m), plaintiff is required to serve defendants within 120 days after the complaint is filed, or by May 19, 2011. The Court *sua sponte* granted plaintiff an extension of time until June 20, 2011 to serve defendants, and advised plaintiff that if she did not serve defendants by that date, the Court would dismiss this case without prejudice.

According to the docket, plaintiff has not served defendants, nor has plaintiff taken any action in this case since May 5, 2011 when she requested a continuance of the case management conference. Accordingly, the Court DISMISSES THIS CASE WITHOUT PREJUDICE. *See* Fed. R. Civ. Proc. 4(m). All pending motions are DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: June 23, 2011

SUSAN ILLSTON
United States District Judge