IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HORNSBY, | No. C 11-283 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| C & G FINANCIAL SERVICES, *et al.*, | |
| Defendants. | |

This action is dismissed without prejudice for failure to serve defendants.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 23, 2011

SUSAN ILLSTON
United States District Judge